IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH ELBERT CLEMENTS, #105658, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:11cv560-WHA |
| ) | (WO) |
| KIM THOMAS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #21), entered on November 3, 2011, the court ADOPTS the Recommendation, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

DONE this 30th day of November, 2011.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE